THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>PACIFIC WEST INDUSTRIES, INC., a Washington corporation; MIKE CZERWINSKI, an individual; and JIM HEWITT, an individual,<br><br>             Defendants. | Case No. 2:19-cv-00032-RAJ<br><br>**NOTICE OF SETTLEMENT** |

Counsel for Plaintiff, The Burlington Insurance Company, and Defendants, Pacific West Industries, Inc., Mike Czerwinski, and Jim Hewitt, hereby provide the Court with notice that the parties have reached an agreement to resolve the matters at issue in this case.  The parties request that the Court vacate all current schedule dates to allow the parties time to complete the settlement.  The parties will thereafter seek an appropriate dismissal from the Court.

NOTICE OF SETTLEMENT (2:19-cv-00032) - 1
4848-2859-9198v.1 0082123-000040

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax

1  DATED this 31st day of July, 2019.

2

3                                    **DAVIS WRIGHT TREMAINE LLP**
                                     Attorneys for Plaintiff
4

5

6                                    By  *s/ Everett W. Jack, Jr.*
                                         Everett W. Jack, Jr., WSBA #47076
7                                        1300 SW Fifth Avenue, Suite 2400
                                         Portland, OR  97201-5610
8                                        Telephone:  503-778-5218
                                         Facsimile:  503-778-5299
9                                        E-mail:  jacke@dwt.com

10

11
                                     **TOUSLEY BRAIN STEPHENS**
12                                   Attorneys for Defendants

13

14
                                     By  *s/Chase Christian Alvord*
15                                       Chase Christian Alvord, WSBA #21111
                                         James M. Bulthuis, WSBA #44089
16                                       1700 Seventh Avenue, Suite 2200
                                         Seattle, WA  98101
17                                       Telephone:  206-682-5600
18                                       Facsimile:  206-682-2992
                                         E-mail:  calvord@tousley.com
19                                                JBulthuis@Tousley.com

20

21

22

23

24

25

26

27

NOTICE OF SETTLEMENT (2:19-cv-00032) - 2
4848-2859-9198v.1 0082123-000040

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 31st day of July, 2019.

        Davis Wright Tremaine LLP
        Attorneys for Plaintiff


By  *s/ Everett W. Jack, Jr.*
    Everett W. Jack, Jr., WSBA #47076

NOTICE OF SETTLEMENT (2:19-cv-00032) - 3
4848-2859-9198v.1 0082123-000040

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
503.241.2300 main · 503.778.5299 fax